IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**MAXINE GREEN,**

    **Plaintiff,**

v.                                      Civil Action No. 3:19-cv-00218-GMG
                                             Honorable Chief Judge Gina M. Groh

**AMERICAN MEDICAL RESPONSE**
**MID-ATLANTIC, INC. and**
**ROBERTO IGNACIO PUENTES,**

    **Defendants.**

## AGREED ORDER OF DISMISSAL

Plaintiff Maxine Green and Defendants American Medical Response Mid-Atlantic, Inc. and Roberto Ignacio Puentes, by their respective counsel, hereby notify the Court that all matters set forth in the above-styled action as to these parties have been settled and agreed upon. By agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that this action be and thereby is dismissed with prejudice.

The Clerk is directed to send a copy of this Order to all counsel of record.

**ENTERED** this  24th   day of      August        , 2020.

                                                 _____
                                                 Honorable Judge Gina M. Groh

| **Prepared by:** | **Agreed to by:** |
|---|---|
| /s/ Kelsey Haught Parsons | /s/ J. Miles Morgan |
| Arie M. Spitz (WV State Bar #10867) | J. Miles Morgan (WV State Bar #5988) |
| Kelsey Haught Parsons (WV State Bar #13205) | J. Miles Morgan, PLLC |
| Dinsmore & Shohl LLP | 2442 Kanawha Blvd., East |
| P.O. Box 11887 | Charleston, WV 25311 |
| 707 Virginia Street, East, Suite 1300 | Telephone (304) 342-3650 |
| Charleston, WV  25339-1887 | Facsimile  (304) 342-3651 |
| Telephone  (304) 357-9905 | mounties@icloud.com |
| Facsimile   (304) 357-0919 | *Counsel for Plaintiff* |
| arie.spitz@dinsmore.com | |
| kelsey.parsons@dinsmore.com | |
| *Counsel for Defendants* | |

16777230.1